■ ROZZONI DESIGN INC., Respondent, v FRATELLI RICATTO IMPORT & EXPORT CO., INC., Appellant. [704 NYS2d 480] —In an action to recover damages for breach of contract, the defendant appeals from a judgment of the Supreme Court, Westchester County (Barone, J.), dated August 12, 1998, which, upon a jury verdict, is in favor of the plaintiff and against it in the principal sum of $23,077.

Ordered that the judgment is affirmed, with costs.

The defendant's objection to the court's charge is unpreserved for appellate review (*see,* CPLR 4110-b; *De Long v County of*

*Erie,* 60 NY2d 296, 306; *Duane v City of Yonkers,* 262 AD2d 600; *Nelson v City of New Rochelle,* 154 AD2d 661), and we decline to reach the issue in the exercise of our interest of justice jurisdiction (*see, Scandell v Salerno,* 155 AD2d 523; *Saleh v Sears, Roebuck & Co.,* 119 AD2d 652; *cf., Ferreira v New York City Tr. Auth.,* 79 AD2d 596; *Caceres v New York City Health & Hosps. Corp.,* 74 AD2d 619).

The defendant's remaining contentions are without merit. Bracken, J. P., Joy, Thompson, Goldstein and Feuerstein, JJ., concur.